UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AARON DOYLE,

        Plaintiff,

        v.

WILLIAM GONZALES; DAN W. DOPPS;
SCOTT D. JONES; and the CITY OF
QUINCY, WASHINGTON,

        Defendants.

No. CV-10-0030-EFS

**ORDER GRANTING THE PARTIES'
STIPULATED PARTIAL DISMISSAL**

    By stipulation filed April 24, 2012, the parties agree to dismiss Plaintiff Aaron Doyle's claim for negligent hiring against Defendant City of Quincy with prejudice and without an award of fees or costs to either party.  ECF No. 609.

    Accordingly, **IT IS HEREBY ORDERED:**

    1.    The Stipulated Motion for Partial Dismissal, **ECF No. 609**, is **GRANTED**.

    2.    Mr. Doyle's negligent-hiring claim against the City of Quincy is **DISMISSED** with prejudice and without an award of fees or costs.

    **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

    **DATED** this   __25th__   day of April 2012.


                s/ Edward F. Shea
                  EDWARD F. SHEA
           United States District Judge

Q:\Civil\2010\0030.dism.neg.hiring.lc1.frm

ORDER - 1