UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON DOYLE,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>WILLIAM GONZALES; DAN W. DOPPS; SCOTT D. JONES; and the CITY OF QUINCY, WASHINGTON,<br><br>　　　　　　Defendants. | NO. CV-10-0030-EFS<br><br>**ORDER GRANTING THE STIPULATED MOTION FOR ORDER OF DISMISSAL, AND CLOSING FILE** |

　　　Before the Court, without oral argument, is the parties' Stipulated Motion for Order of Dismissal. ECF No. 624. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED**:

　　　1.　All claims are **DISMISSED with prejudice**, and all parties are to bear their own costs and attorney's fees.

　　　2.　All pending motions are **DENIED as MOOT**, and hearing dates are **STRICKEN**.

　　　3.　This file shall be **CLOSED**.

　　　**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and to provide copies to counsel.

　　　**DATED** this 26th day of July 2012.

　　　　　　　　　　　　　　　　s/Edward F. Shea
　　　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　　Senior United States District Judge

Q:\EFS\Civil\2010\0030.stip.dism.close.lc1.wpd

ORDER ~ 1