UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON DOYLE,<br><br>    Plaintiff,<br><br>    vs.<br><br>WILLIAM GONZALES; DAN W. DOPPS; SCOTT D. JONES; and the CITY OF QUINCY, WASHINGTON,<br><br>    Defendants. | No. CV-10-30-EFS<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS, MOTION TO SEAL, AND MOTION TO EXPEDITE, AND CLOSING FILE** |

Before the Court are the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 666, Stipulated Motion for Leave to File Settlement Documents under Seal, ECF No. 664, and related Motion for Expedited Hearing, ECF No. 663. After reviewing these filings, and in light of the previous record, the Court finds good cause to grant each of these motions. Accordingly, **IT IS HEREBY ORDERED:**

1. The Motion for Expedited Hearing, **ECF No. 663**, is **GRANTED**.

2. The Stipulated Motion for Leave to File Settlement Documents under Seal, **ECF No. 664**, is **GRANTED.** Plaintiff's counsel is to promptly file under seal the previously-proposed sealed settlement documents (the Full and Final Release of All Claims, the documents referred to

**ORDER** - 1

in Section 13 of the Full and Final Release of All Claims, and the representations made on the record at the January 10, 2013 hearing before Magistrate Judge Hutton).

3. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 666**, is **GRANTED** pursuant to the parties' settlement, which is on file (under seal as directed above) and is incorporated into this Order by reference.

4. All claims are **DISMISSED** with prejudice.

5. The Court retains jurisdiction to enforce the settlement.

6. All other pending motions are **DENIED AS MOOT**, and upcoming dates and deadlines are **STRICKEN**.

7. This file shall be **CLOSED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel.

**DATED** this 5th day of February 2013.


                    s/ Edward F. Shea
                    EDWARD F. SHEA
            Senior United States District Judge

Q:\EFS\Civil\2010\0030.stip.dism.seal.lc1.dotx

**ORDER** - 2